# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-2310

———————

| | | |
|---|---|---|
| Ellen Mallory Sweet, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| University of Iowa, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

———————

Submitted: February 17, 2000

Filed: February 24, 2000

———————

Before McMILLIAN and FAGG, Circuit Judges, and Kyle,* District Judge.

———————

PER CURIAM.

Ellen Mallory Sweet appeals the grant of summary judgment to the University of Iowa on Sweet's claims of gender discrimination in employment and retaliation for filing an EEOC complaint. Having carefully reviewed the record and the parties' arguments, we affirm for the reasons set out in the magistrate judge's thorough opinion. See 8th Cir. R. 47B.

———————

*The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.